# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CURTIS BARRON | * | |
| | * | |
| PLAINTIFF | * | CIVIL ACTION NO. _____ |
| VS. | * | |
| | * | |
| | * | COMPLAINT AND |
| SHERMAN ANDERSON, JR. | * | DEMAND FOR A JURY TRIAL |
| DEFENDANT | * | |

## COMPLAINT

### I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for defendant's violations of the Credit Repair Organizations Act, 15 U.S.C. § 1679, *et seq.* (hereinafter "FDCPA"), which regulates the conduct of credit repair organizations.

### II. JURISDICTION

2. Jurisdiction of this court arises under 28 U.S.C. §§ 1331 and 1337.

### III. PARTIES

3. Plaintiff, Curtis Barron (hereinafter referred to as "plaintiff" or "Mr. Barron") is a natural person who resides in East Baton Rouge Parish, Louisiana, and is a "consumer" as defined by 15 U.S.C. § 1679a(1).

4. Defendant, Sherman Anderson, Jr. (hereinafter referred to as "defendant" or "Anderson") is a natural person residing in Ascension Parish, Louisiana.

### IV. FACTUAL ALLEGATIONS

5. In July 2016, Mr. Barron discussed improving his creditworthiness with defendant Sherman Anderson, Jr.

6. Ms. Anderson held himself out as a person who could assist Mr. Barron with improving his credit record and credit rating as maintained by credit bureaus, and who charged for such services, using the United States mail, and other instrumentalities of interstate commerce in doing so.

7. Anderson agreed to assist Mr. Barron with efforts designed to improve Mr. Barron's credit record and credit rating in return for the sum of $2500.

8. Mr. Barron paid Anderson $2500 for these promised services on or about July 29, 2016 by tendering a cashier's check in that same amount to Anderson.

9. Anderson thereafter failed to take any action whatsoever towards improving Mr. Barron's credit record, credit history and/or credit rating.

10. Mr. Barron requested a refund of the $2500 fee charged by Anderson once it became apparent Anderson was not helping Mr. Barron with his credit issues, however, Anderson failed to refund any money to Mr. Barron.

11. Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, emotional distress, and out of pocket expenses of $2500; for which he should be compensated in amounts to be proven at trial.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in his favor and against Defendant, Sherman Anderson, Jr., for:

    a. Actual damages;

    b. punitive damages;

    c. Attorney fees, litigation expenses and costs; and

    d. Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

                                                                        s/Garth J. Ridge  
                                                                        **GARTH J. RIDGE**  
                                                                        Attorney for Plaintiff  
                                                                        Bar Roll Number: 20589  
                                                                        251 Florida Street, Suite 301  
                                                                        Baton Rouge, Louisiana 70801  
                                                                        Telephone Number: (225) 343-0700  
                                                                        Facsimile Number: (225) 343-7700  
                                                                        E-mail: GarthRidge@aol.com