UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Curtis Barron | CIVIL ACTION |
| VERSUS | 17-cv-00372-JJB-EWD |
| Sherman Anderson, Jr. | |

### CLERK'S ENTRY OF DEFAULT

Service having been executed on 7/11/2017 on defendant, Sherman Anderson, Jr., with no answer, claim or other responsive pleadings having been filed;

IT IS ORDERED the Plaintiff's Motion for Clerk's Entry of Default against Defendant, Sherman Anderson, Jr., be and is hereby GRANTED.

Baton Rouge, Louisiana, this 10th day of August, 2017.

MICHAEL L. MCCONNELL
CLERK OF COURT

BY: *Erika L. Williams*
Deputy Clerk

cc:   Sherman Anderson, Jr.