# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CURTIS BARRON | * | |
| | * | |
| PLAINTIFF | * | CIVIL ACTION NO. 17-372-JJB-EWD |
| VS. | * | |
| | * | |
| | * | |
| SHERMAN ANDERSON, JR. | * | |
| DEFENDANT | * | |

## MOTION TO ENTER JUDGMENT AND SET HEARING DATE ON DAMAGES

NOW INTO COURT, through undersigned counsel, comes Curtis Barron who moves this Court under Rule 55(b) to enter judgment against the defendant, Sherman Anderson, Jr., and to set a hearing on actual and punitive damages. An Entry of Default was entered on August 10, 2017.

        s/Garth J. Ridge
        **GARTH J. RIDGE**
        Attorney for Plaintiff
        Bar Roll Number: 20589
        251 Florida Street, Suite 301
        Baton Rouge, Louisiana 70801
        Telephone Number: (225) 343-0700
        Facsimile Number: (225) 343-7700
        E-mail: GarthRidge@aol.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CURTIS BARRON | * | |
| | * | |
| PLAINTIFF | * | CIVIL ACTION NO. 17-372-JJB-EWD |
| VS. | * | |
| | * | |
| | * | |
| SHERMAN ANDERSON, JR. | * | |
| DEFENDANT | * | |

## **ORDER**

THE FOREGOING MOTION CONSIDERED,

IT IS HEREBY ORDERED THAT the hearing on actual and punitive damages is set for the

___ day of _____, 201___, at ____: ____ _.m., in Courtroom ___.

BATON ROUGE, LOUISIANA, this ___ day of _____, 2017.


_____
JUDGE, UNITED STATES DISTRICT COURT