UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CURTIS BARRON

CIVIL ACTION

VERSUS

NO. 3:17-00372-JWD-EWD

SHERMAN ANDERSON, JR.

**ORDER**

On November 3, 2017, this Court ordered Plaintiff's counsel to prepare a proper Motion and Memorandum in Support demonstrating why Plaintiff should be entitled to entry of a default judgment. Rec. Doc. 10. As of this date, Plaintiff's counsel has yet to comply with the Court's Order.

Accordingly, Plaintiff's counsel shall have fourteen (14) days from the date of the entry of this Order to file a proper Motion for Entry of Default Judgment with a Memorandum in Support. Failure to comply shall result in the dismissal of Plaintiff's case.

Baton Rouge, Louisiana, this 10 day of January, 2018.

**JUDGE JOHN W. DEGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**