IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CURTIS BARRON | * | |
| | * | |
| PLAINTIFF | * | CIVIL ACTION NO. 17-372-JWD-EWD |
| VS. | * | |
| | * | |
| | * | |
| SHERMAN ANDERSON, JR. | * | |
| DEFENDANT | * | |

### ORDER

THE FOREGOING MOTION CONSIDERED,

IT IS HEREBY ORDERED THAT plaintiff is granted leave of court to substitute the attached Declaration of Garth J. Ridge for the Declaration of Garth J. Ridge attached to the Plaintiff's Motion for Entry of Default Judgment.

BATON ROUGE, LOUISIANA, this ___ day of _____, 2018.

_____
JUDGE, UNITED STATES DISTRICT COURT