UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CURTIS BARRON | CIVIL ACTION |
| VERSUS | |
| SHERMAN ANDERSON, JR. | NO. 17-00372-JWD-EWD |

## JUDGMENT

For the written reasons assigned,

JUDGMENT is hereby entered in favor of Plaintiff, Curtis Barron, and against Defendant, Sherman Anderson, Jr.

Plaintiff is hereby awarded $2,500.00 in compensatory damages, $2,500.00 in punitive damages, $4,080.00 in attorney's fees, and $461.72 in costs under the Credit Repair Organizations Act ("CROA"), 15 U.S.C. § 1679, *et seq*.

Signed in Baton Rouge, Louisiana this 14th day of June, 2018.

**JUDGE JOHN W. DEGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**